ROBERT LOGAN, Respondent, v. CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by plaintiff as the result of a collision between a bus operated by defendant and a taxicab operated by plaintiff, defendant appeals from a judgment in plaintiff's favor, entered upon the verdict of a jury, for $10,000. Judgment reversed on the facts and new trial granted, with costs to abide the event, unless plaintiff, within twenty days after the entry of the order hereon, shall file a stipulation consenting to reduce the verdict and the judgment by the sum of $5,000. If such stipulation be filed, the judgment, as thus reduced, is unanimously affirmed, without costs. On the facts disclosed by this record, the interests of justice require either that the judgment be reduced to the extent indicated or that a new trial be had. Present — Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

■

AUGUSTE C. MORRIS et al., Respondents, v. CITY OF NEW YORK et al., Appellants, et al., Defendants.— In an action by plaintiff wife to recover damages for personal injuries sustained when she fell in a bus and by her husband to recover for medical expenses and loss of services, defendants City of New York and Arthur H. Cole appeal from a judgment in favor of plaintiffs entered on verdicts in the sums of $10,000 and $2,000, respectively. Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, unless within ten days after the entry of the order hereon respondents stipulate to reduce the amounts of their verdicts to $7,000 and $1,500, respectively, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion, the verdicts were excessive. Present — Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ.

■

JACK O'DONNELL et al., Respondents, v. EUGENE E. PETERSON CO., INC., et al., Appellants.— In an action to recover salesmen's commissions, order granting in part and denying in part defendants' motion to strike items from plaintiffs' demand for a bill of particulars modified by striking the three ordering paragraphs from the order and inserting in place thereof two ordering paragraphs, the first providing that defendants' motion be granted, and the second providing that items 1 to 4 and 8 to 11 be deleted from plaintiffs' demand. As thus modified, the order, insofar as appeal is taken, is affirmed, without costs. The defenses based on accounts stated are sufficiently detailed to preclude the necessity of further particulars which would amount to evidence. Johnston, Adel, Wenzel and MacCrate, JJ., concur; Nolan, P. J., dissents and votes to affirm.